IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ILLINOIS STATE PAINTERS WELFARE**
**FUND AND PAINTERS DISTRICT COUNCIL**
**NUMBER 58 FRINGE BENEFIT FUNDS,**

    Plaintiffs,

v.

**DAVID B. HUGGINS d/b/a D. H. PAINTING CO.**

    Defendant.                      Case No. 04-cv-76DRH

### ORDER

**HERNDON, District Judge:**

    In this matter, Plaintiffs have filed a Notice of Voluntary Dismissal With Prejudice (Doc. 13), on its Complaint against Defendant, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(i)**. The Court, as well as Plaintiffs in their Notice, observe that Defendant has previously filed an Answer in this matter. Additionally, Defendant did not join in stipulation of Plaintiff's dismissal. Therefore, dismissal as of right pursuant to **Rule 41(a)(i)** is not proper in this matter. Instead, Plaintiffs must request dismissal via an Order of the Court, pursuant to **Rule 41(a)(2)**. Accordingly, the Court construes Plaintiffs' "Notice" as a "Motion to Dismiss".

    As Defendant has not stated any opposition to the dismissal of this matter and because Plaintiffs state Defendant was previously discharged from

bankruptcy on March 28, 2005, the Court hereby **GRANTS** Plaintiffs' Motion (Doc. 13) and orders this case be **DISMISSED WITH PREJUDICE**.  The Clerk shall enter judgment accordingly.

        **IT IS SO ORDERED.**

Signed this 7th day of August, 2006.

                                        /s/        David   RHerndon
                                        **United States District Judge**