IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ILLINOIS STATE PAINTERS WELFARE
FUND AND PAINTERS DISTRICT COUNCIL
NUMBER 58 FRINGE BENEFIT FUNDS,

      Plaintiffs,

   -vs-                                          No.04-CV-760 DRH

DAVID B. HUGGINS d/b/a D.H. PAINTING CO.

      Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiffs' Notice of Voluntary Dismissal.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' motion is **GRANTED** and this case is DISMISSED with prejudice.

                                             **NORBERT G. JAWORSKI, CLERK**

August 8, 2006                               By: s/Patricia Brown
                                                       Deputy Clerk

APPROVED: /s/    David   RHerndon
                **U.S. DISTRICT JUDGE**